UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| NETWORK ELECTRIC COMPANY, a Delaware Corporation d/b/a PAR ELECTERICAL CONTRACTORS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NETWORK INVESTMENTS, LLC, a Nevada Limited Liability Company, RANDALL E. SOULE, as President; NORMAN CRAIG BREEDLOVE, an individual, and DOES I-X, <br><br> Defendants. | 03:05-CV-0437-LRH (VPC) <br><br> ORDER |

Presently before this Court is a motion to dismiss Plaintiff's third claim for relief (#21[1]) brought by Defendants Network Investments and Randalle Soule and joined by Defendant Norman Breedlove (#24). Plaintiff Network Electric Company has filed a notice of non-opposition and request to voluntarily dismiss the claim. The Court, therefore, dismisses the third cause of action, claiming innocent misrepresentation, as to all defendants.

IT IS HEREBY ORDERED.

DATED this 29th day of December, 2005.

_____
LARRY R. HICKS
United States District Judge

---

[1] References to (# XX) refer to the Court's docket.