THOMAS J. HALL, ESQ.
Nevada Bar No. 675
305 South Arlington Avenue
Post Office Box 3948
Reno, Nevada 89505
Telephone: 775-348-7011
Facsimile: 775-348-7012

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NETWORK ELECTRIC COMPANY,

    Plaintiff,

v.

NETWORK INVESTMENTS LLC, et al.,

    Defendants.

3:05-cv-00437-LRH (VPC)

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to LR 6-1, Plaintiff/Counter-defendant NETWORK ELECTRIC COMPANY dba PAR ELECTRICAL CONTRACTORS, INC., by and through its attorney Thomas J. Hall, Esq., and Defendants/Counter-claimants, NETWORK INVESTMENTS, LLC, and RANDALL E. SOULE, by and through his attorney Rick R. Hsu, Esq., hereby stipulate to mutual first extensions of time for Plaintiff to respond to Defendants' Motion for Summary Judgment and for Defendant to respond to Plaintiff's Motion for Partial Summary

THOMAS J. HALL
ATTORNEY AND
COUNSELOR AT LAW
305 SOUTH ARLINGTON
AVENUE
POST OFFICE BOX 3948
RENO, NEVADA 89505
(775) 348-7011

1

1  Judgment which were both filed December 11, 2006. Parties shall
2  have until Wednesday, January 17, 2007 to file and serve their
3  Oppositions.
4      DATED this 22nd day of December, 2006.

MAUPIN, COX & LeGOY                LAW OFFICES OF THOMAS J. HALL

_/s/ Rick R. Hsu_                  _/s/ Thomas J. Hall_
Rick R. Hsu, Esq.                  Thomas J. Hall, Esq.
4785 Caughlin Parkway              305 South Arlington Avenue
Post Office Box 30000              Post Office Box 3948
Reno, Nevada 89520                 Reno, Nevada 89505

(775) 827-2000                     (775) 348-7011

Attorney for Defendants            Attorney for Plaintiff
Network Investments, LLC,          Network Electric Company dba
And Randall E. Soule               Par Electrical Contractors


IT IS SO ORDERED:

_/s/ Larry R. Hicks_
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 3rd day of January, 2007.

THOMAS J. HALL
ATTORNEY AND
COUNSELOR AT LAW
305 SOUTH ARLINGTON
AVENUE
POST OFFICE BOX 3948
RENO, NEVADA 89505
(775) 348-7011

2