ORIGINAL

THOMAS J. HALL, ESQ.
Nevada Bar No. 675
305 South Arlington Avenue
Post Office Box 3948
Reno, Nevada  89505
Telephone: 775-348-7011
Facsimile: 775-348-7012

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NETWORK ELECTRIC COMPANY,       )
                                )
            Plaintiff,          )     3:05-cv-00437-LRH (VPC)
                                )
     v.                         )
                                )
NETWORK INVESTMENTS LLC, et al.,)
                                )
            Defendants.         )
                                )
_____)

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS FOR**

**SUMMARY JUDGMENT**

Pursuant to LR 6-1, Plaintiff/Counter-defendant NETWORK ELECTRIC COMPANY dba PAR ELECTRICAL CONTRACTORS, INC., by and through its attorney Thomas J. Hall, Esq., and Defendant/Counter-claimant NORMAN C. BREEDLOVE, by and through his attorney William E. Peterson, Esq., hereby stipulate to mutual first extensions of time for Plaintiff to respond to Defendants' Motion for Summary Judgment and for Defendant to respond to Plaintiff's Motion for Partial Summary Judgment, both filed December 11, 2006.  Parties

THOMAS J. HALL
ATTORNEY AND
COUNSELOR AT LAW
305 SOUTH ARLINGTON
AVENUE
POST OFFICE BOX 3948
RENO, NEVADA 89505
(775) 348-7011

1

shall have until Wednesday, January 17, 2007 to file and serve their Oppositions.

DATED this 21st day of December, 2006.

| MORRIS PICKERING PETERSON & TRACHOK | LAW OFFICES OF THOMAS J. HALL |
|---|---|
| /s/ William E. Peterson | /s/ Thomas J. Hall |
| William E. Peterson, Esq.<br>Janine C. Prupas, Esq.<br>6100 Neil Road, Suite 555<br>Reno, Nevada 89511<br><br>(775) 829-6000<br><br>Attorney for Defendant<br>Norman C. Breedlove | Thomas J. Hall, Esq.<br>305 South Arlington Avenue<br>Post Office Box 3948<br>Reno, Nevada 89505<br><br>(775) 348-7011<br><br>Attorney for Plaintiff<br>Network Electric Company dba<br>Par Electrical Contractors |

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 3rd day of January, 2007.

Y:\Scott\Par Electrical\Stip.Extend Time.doc

THOMAS J. HALL
ATTORNEY AND
COUNSELOR AT LAW
305 SOUTH ARLINGTON
AVENUE
POST OFFICE BOX 3948
RENO, NEVADA 89505
(775) 348-7011

2